■ In the Matter of CHASE J.E., an Infant. CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CHARLES E.E., III, Appellant, et al. Respondent. [932 NYS2d 20]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Centra, Carni, Green and Martoche, JJ.